

# Case Assignment
# Standard Criminal Assignment

Case number **3:22CR-86-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 8/4/2022 8:42:31 AM
Transaction ID: 69159

Request New Judge    Return