


**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

FILED
JAMES J. VILT, JR. - CLERK
AUG - 4 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

v.                                        CRIMINAL NO. 3:22-CR-86-DJH

**KELLY GOODLETT**                                           **DEFENDANT**

## NOTICE OF ENTRY OF APPEARANCE

Trial Attorney Michael J. Songer hereby enters his appearance of record on behalf of the United States of America.

        Respectfully submitted,

        KRISTEN CLARKE
        Assistant Attorney General

        s/ Michael J. Songer
        Michael J. Songer
        Trial Attorney
        Criminal Section
        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        (202) 305-1762
        Michael.Songer@usdoj.gov
        Authority Conferred by 28 U.S.C. § 515