

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA　　　　　　　　　　　　　　　PLAINTIFF

v.　　　　　　　　　　　　CRIMINAL NO. 3:22-CR-86-DJH

KELLY GOODLETT　　　　　　　　　　　　　　　　　　　DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Trial Attorney Anna Gotfryd hereby enters her appearance of record on behalf of the United States of America.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　KRISTEN CLARKE
　　　　　　　　　　　　　　　　　Assistant Attorney General


　　　　　　　　　　　　　　　　　s/ Anna Gotfryd
　　　　　　　　　　　　　　　　　Anna Gotfryd
　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　Criminal Section
　　　　　　　　　　　　　　　　　Civil Rights Division
　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　950 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　(202) 616-3972
　　　　　　　　　　　　　　　　　Anna.Gotfryd@usdoj.gov
　　　　　　　　　　　　　　　　　Authority Conferred by 28 U.S.C. § 515