UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL CASE NO: 3:22-CR-00086-DJH

UNITED STATES OF AMERICA											PLAINTIFF

v.

KELLY GOODLETT												DEFENDANT

ENTRY OF APPEARANCE

    Comes the undersigned attorney, on behalf of defendant Kelly Goodlett, and hereby gives notice of the entry of appearance of Brandon W. Marshall, who will be representing Mrs. Goodlett in the above captioned matter.  The undersigned respectfully requests that all future pleadings, orders, etc. be directed to the undersigned as the attorney of record for Mrs. Goodlett.

                                             Respectfully submitted,

                                             <u>/s/ Brandon W. Marshall</u>
                                             NASH · MARSHALL, PLLC
                                             129 West Short Street
                                             Lexington, Kentucky 40507
                                             Telephone: (859) 254-3232
                                             Fax: (859) 225-4746
                                             E-mail: [bwmarshall@nashmarshall.com](mailto:bwmarshall@nashmarshall.com)
                                             ATTORNEY FOR DEFENDANT
                                             KELLY GOODLETT

CERTIFICATE OF SERVICE

    I hereby certify that on August 12, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties in this matter or service was completed by first class mail to any non-CM/ECF participants.

    /s/ Brandon W. Marshall