UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:22-CR-86-DJH

KELLY GOODLETT, Defendant.

\* \* \* \* \*

## ORDER

This case came before the Court, by video, on August 12, 2022, for the purpose of initial appearance. The defendant, Kelly Goodlett, was present with Brandon W. Marshall, retained counsel. Assistant United States Attorneys Michael Songer, Anna Mary Gotfryd, and Zachary Dembo were present for the United States of America. The proceedings were digitally recorded.

**IT IS HEREBY ORDERED** that this matter is scheduled for arraignment/plea on **August 22, 2022 at 1:30 p.m.** before the Honorable David J. Hale, United States District Judge.

**IT IS FURTHER ORDERED** that the defendant is released on an unsecured bond in the amount of $10,000.00 with conditions pending further order of the Court.

| | |
|---|---|
| Date: August 12, 2022 | ENTERED BY ORDER OF THE COURT:<br>REGINA S. EDWARDS<br>UNITED STATES MAGISTRATE JUDGE<br>JAMES J. VILT, JR., CLERK<br>BY: /s/ *Ashley Henry*, Deputy Clerk |

Copies to: Counsel of record
Natalie Thompson, Case Manager

0|10