PS 40 (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
## for the
## Western District of Kentucky

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | |
|---|---|
| **TO:** United States Department of State<br>CA/PPT/A<br>44132 Mercure Circle<br>PO Box 1243<br>Sterling, VA 20166-1243<br>CA-PPT-CourtOrders@state.gov | **FROM:** US Probation Office<br>400 US Courthouse<br>601 W. Broadway<br>Louisville, KY 40202 |

☒ **Original Notice**
Date: August 26, 2022
By: David Throckmorton

☐ **Notice of Disposition**
Date: Click here to enter a date.
By:

Defendant: Kelly Goodlett (nee: Hanna)
Date of Birth: ▮▮/1986
SSN: xxxxxxxx4879
Case Number: 0644 3:22CR00086 RGJ
Place of Birth: United States

**Notice of Court Order** (Order Date: August 12, 2022 )
**Current Location of Passport:** ☐ US Probation Office  ☒ Mailed to State Department

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number 552226366 and/or passport card number Click here to enter text. to the custody of the U.S. District Court on Click here to enter a date. .

### NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – State department notified.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – State department notified and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court